IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:16-CR-145-5-TWT |
| DONALD GLASS<br>also known as<br>Smurf<br>also known as<br>Dred, | |
| Defendant. | |

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1324] of the Magistrate Judge recommending denying the Defendant's Motion to Compel Discovery [Doc. 739], Motion to Suppress [Doc. 985], Motion to Suppress Evidence Seized from 1991 Chevrolet Caprice [Doc. 986 & 1151], Motion for Full Identification of Government Undercover Agents/Informants [Doc. 987], and Motion to Suppress Out of Court Witness Identification [Doc. 1180].

I will not simply repeat the analysis of the Magistrate Judge in the thorough and well-reasoned Report and Recommendation. With respect to the Motion to Compel Discovery, much of the information that the Defendant seeks is covered by the

Magistrate Judge's Scheduling Order, has been produced by the Government or will be produced by the Government. The Court has no authority to order early production of Jencks materials. The Defendant has not made a showing that the out of court identification of the Defendant was the result of any improper conduct on the part of law enforcement. Therefore, the Defendant is not entitled to an evidentiary hearing. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Compel Discovery [Doc. 739], Motion to Suppress [Doc. 985], Motion to Suppress Evidence Seized from 1991 Chevrolet Caprice [Doc. 986 & 1151], Motion for Full Identification of Government Undercover Agents/Informants [Doc. 987], and Motion to Suppress Out of Court Witness Identification [Doc. 1180] are DENIED.

SO ORDERED, this 17 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge