IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DONALD GLASS
also known as
Smurf
also known as
Dred,

   Defendant.

CRIMINAL FILE NO.
1:16-CR-145-5-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1408] of the Magistrate Judge recommending denying the Defendant's Motions to Sever [Doc. 988 & 989]. As set forth in the thorough and well-reasoned Report and Recommendation, the Defendant is properly joined in this case under Rule 8(b). A claim of undue prejudice is premature until a trial plan has been formalized. The motion may be renewed then. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Sever [Doc. 988 & 989] are DENIED.

SO ORDERED, this 17 day of October, 2018.


                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge